IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 12-107 |
| EARL D. WARNER | |

PROPOSED NEUTRAL SUMMARY OF THE INDICTMENT

Ladies and gentlemen, you are here today for jury selection in the criminal case of the United States v. Earl D. Warner. The defendant, Mr. Warner, has been charged by superseding indictment with seven offenses. Counts One through Six charge the defendant with the crime of producing visual depictions, that is still photographs and videos, of the sexual exploitation of minors. Count Seven of the superseding indictment charges the defendant with the crime of possessing visual depictions which depict the sexual exploitation of minors. The defendant has entered a plea of not guilty to the charges and has exercised his right to a trial by jury.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

s/ Carolyn J. Bloch
CAROLYN J. BLOCH
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7319 (Phone)
(412) 644-2644 (Fax)
Carolyn.Bloch@usdoj.gov
PA ID No. 53430

s/ David B. Chontos
DAVID B. CHONTOS, ESQUIRE
PA ID No. 53442
CHONTOS & CHONTOS, P.C.
561 Beulah Road
Turtle Creek, PA 15145-1317
412-825-5450
412-825-5451 fax
david@chontoslaw.com
Counsel for Earl D. Warner