IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 12-107 |
| EARL D. WARNER | |

GOVERNMENT'S MOTION IN LIMINE REGARDING
THE ADMISSION OF "INTRINSIC" EVIDENCE

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, and respectfully submits the following in support of its Motion in Limine Regarding the Admission of "Intrinsic" Evidence.

1.  The government filed its Response to Defendant's Motion in Limine Regarding 404(b) Evidence on January 8, 2014.

2.  In said response the government articulates the basis for admission of images and videos of child victims "MC", "FW", and "HE", that is those produced on the specific dates and at the specific times charged in Counts One through Six of the Superseding Indictment, as well as those produced contemporaneously to the conduct charged.

3. In support of the instant motion, the government incorporates said Response (Document No. 96), attached hereto as "Exhibit A", and makes it a part hereof.

WHEREFORE, the government respectfully submits that all evidence referenced herein should be properly admitted during the government's case-in-chief at trial as "intrinsic" evidence.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

s/ Carolyn J. Bloch
CAROLYN J. BLOCH
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7319 (Phone)
(412) 644-2644 (Fax)
Carolyn.Bloch@usdoj.gov
PA ID No. 53430