THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 12-CR-107 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| EARL WARNER | ) | |

## RESPONSE TO GOVERNMENT'S
## MOTION IN LIMINE RE: INTRINSIC EVIDENCE

1. The government seeks the admission of material it has identified as "intrinsic evidence". *See*, #99.

2. Warner incorporates his recent and previously filed documents as his response. *See*, #95 (Motion in Limine RE: Disc #1); #92 (Motion in Limine RE: 404(b) Evidence); and, #102 (Reply to Government's Response).

Respectfully submitted,

/s/David B. Chontos
*PA I.D. # 53442*

CHONTOS & CHONTOS, P.C.
561 Beulah Road
Turtle Creek,  PA  15145-1317
412 825 5450
412 825 5451 *fax*
david@chontoslaw.com

Counsel for Earl Warner