IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-107 |
| ) | |
| EARL D. WARNER ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
<u>MOTION IN LIMINE RE: "GROOMING"</u>**

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, and respectfully submits the following in response to the defendant's Motion in Limine:

1. The government does not intend to call an expert witness to define the term, "grooming".

2. The government will endeavor to refrain from using the term during the course of the trial.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney


/s/ Carolyn J. Bloch
CAROLYN J. BLOCH
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-4549 (Fax)
Carolyn.Bloch@usdoj.gov
PA ID No. 53430