IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EARL D. WARNER,

        Defendant.

Criminal No. 12-0107
ELECTRONICALLY FILED

## TRIAL WITNESS LIST

1. Thomas M. Carter (1/22/14)
2. Robert Pearson (1/22/14)
3. Fawn Marie Mills (1/22/14)
4. Laura Lee Holmes (1/22/14)
5. Margie (1/22/14)
6. Faith (1/22/14)
7. Armando Cruz (1/22/14 and 1/23/14)
8. Thomas M. Carter (1/23/14)
9. Earl D. Warner (1/23/14)
10. Delores O'Neill (1/23/14)
11. Sheila Nickel (1/23/14)
12. Theresa Gilbert (1/23/14)