IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA v. EARL D. WARNER, Criminal No. 12-107

**JOINT EXHIBIT LIST**

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 1.1 | | | Image – IMG-0435 | admitted | |
| 1.1A | | | Image – IMG-0435 | " | |
| 1.2 | | | Image – IMG-0436 | " | |
| 1.2A | | | Image – IMG-0436 | " | |
| 1.3 | | | Image – IMG-0437 | " | |
| 1.3A | | | Image – IMG-0437 | " | |
| 1.4 | | | Image – IMG-0438 | " | |
| 1.4A | | | Image – IMG-0438 | " | |
| 1.5 | | | Image – IMG-0439 | " | |
| 1.5A | | | Image – IMG-0439 | " | |
| 1.6 | | | Image – IMG-0440 | " | |
| 1.6A | | | Image – IMG-0440 | " | |
| 1.7 | | | Image – IMG-0441 | " | |
| 1.7A | | | Image – IMG-0441 | " | |
| 1.8 | | | Image – IMG-0442 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 1.8A | | | Image - IMG-0442 | admitted | |
| 1.9 | | | Image - IMG-0443 | " | |
| 1.9A | | | Image - IMG-0443 | " | |
| 1.10 | | | Image - IMG-0444 | " | |
| 1.10A | | | Image - IMG-0444 | " | |
| 1.11 | | | Image - IMG-0445 | " | |
| 1.11A | | | Image - IMG-0445 | " | |
| 1.12 | | | Image - IMG-0446 | " | |
| 1.12A | | | Image - IMG-0446 | " | |
| 1.13 | | | Image - IMG-0447 | " | |
| 1.13A | | | Image - IMG-0447 | " | |
| 1.14 | | | Image - IMG-0448 | " | |
| 1.14A | | | Image - IMG-0448 | " | |
| 1.15 | | | Image - IMG-0449 | " | |
| 1.15A | | | Image - IMG-0449 | " | |
| 1.16 | | | Image - IMG-0450 | " | |
| 1.16A | | | Image - IMG-0450 | " | |
| 1.17 | | | Image - IMG-0452 | " | |
| 1.17A | | | Image - IMG-0452 | " | |
| 1.18 | | | Image - IMG-0453 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 1.18A | | | Image – IMG-0453 | admitted | |
| 1.19 | | | Image – IMG-0454 | " | |
| 1.19A | | | Image – IMG-0454 | " | |
| 1.20 | | | Image – IMG-0455 | " | |
| 1.20A | | | Image – IMG-0455 | " | |
| 1.21 | | | Image – IMG-0456 | " | |
| 1.21A | | | Image – IMG-0456 | " | |
| 1.22 | | | Image – IMG-0457 | " | |
| 1.22A | | | Image – IMG-0457 | " | |
| 1.23 | | | Image – IMG-0458 | " | |
| 1.23A | | | Image – IMG-0458 | " | |
| 1.24 | | | Image – IMG-0459 | " | |
| 1.24A | | | Image – IMG-0459 | " | |
| 1.25 | | | Image – IMG-0460 | " | |
| 1.25A | | | Image – IMG-0460 | " | |
| 1.26 | | | Image – IMG-0461 | " | |
| 1.26A | | | Image – IMG-0461 | " | |
| 1.27 | | | Image – IMG-0462 | " | |
| 1.27A | | | Image – IMG-0462 | " | |
| 1.28 | | | Image – IMG-0463 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | ɔ h | ˃ |
|---|---|---|---|---|---|
| 1.28A | | | Image - IMG-0463 | admitted | |
| 1.29 | | | Image - IMG-0464 | '' | |
| 1.29A | | | Image - IMG-0464 | '' | |
| 1.30 | | | Image - IMG-0465 | '' | |
| 1.30A | | | Image - IMG-0465 | '' | |
| 1.31 | | | Image - IMG-0466 | '' | |
| 1.31A | | | Image - IMG-0466 | '' | |
| 1.32 | | | Image - IMG-0467 | '' | |
| 1.32A | | | Image - IMG-0467 | '' | |
| 1.33 | | | Image - IMG-0468 | '' | |
| 1.33A | | | Image - IMG-0468 | '' | |
| 1.34 | | | Image - IMG-0469 | '' | |
| 1.34A | | | Image - IMG-0469 | '' | |
| 1.35 | | | Image - IMG-0470 | '' | |
| 1.35A | | | Image - IMG-0470 | '' | |
| 1.36 | | | Image - IMG-0471 | '' | |
| 1.36A | | | Image - IMG-0471 | '' | |
| 1.37 | | | Image - IMG-0472 | '' | |
| 1.37A | | | Image - IMG-0472 | '' | |
| 1.38 | | | Image - IMG-0473 | '' | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 1.38A | | | Image – IMG-0473 | admitted | |
| 1.39 | | | Image – IMG-0474 | " | |
| 1.39A | | | Image – IMG-0474 | " | |
| 2.1 | | | Image – IMG-0529 | " | |
| 2.1A | | | Image – IMG-0529 | " | |
| 2.2 | | | Image – IMG-0530 | " | |
| 2.2A | | | Image – IMG-0530 | " | |
| 2.3 | | | Image – IMG-0531 | " | |
| 2.3A | | | Image – IMG-0531 | " | |
| 2.4 | | | Image – IMG-0532 | " | |
| 2.4A | | | Image – IMG-0532 | " | |
| 2.5 | | | Image – IMG-0533 | " | |
| 2.5A | | | Image – IMG-0533 | " | |
| 2.6 | | | Image – IMG-0534 | " | |
| 2.6A | | | Image – IMG-0534 | " | |
| 2.7 | | | Image – IMG-0535 | " | |
| 2.7A | | | Image – IMG-0535 | " | |
| 2.8 | | | Image – IMG-0536 | " | |
| 2.8A | | | Image – IMG-0536 | " | |
| 2.9 | | | Image – IMG-0537 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 2.9A | | | Image – IMG-0537 | admitted | |
| 2.10 | | | Image – IMG-0538 | " | |
| 2.10A | | | Image – IMG-0538 | " | |
| 2.11 | | | Image – IMG-0539 | " | |
| 2.11A | | | Image – IMG-0539 | " | |
| 2.12 | | | Image – IMG-0540 | " | |
| 2.12A | | | Image – IMG-0540 | " | |
| 2.13 | | | Image – IMG-0541 | " | |
| 2.13A | | | Image – IMG-0541 | " | |
| 2.14 | | | Image – IMG-0542 | " | |
| 2.14A | | | Image – IMG-0542 | " | |
| 2.15 | | | Image – IMG-0543 | " | |
| 2.15A | | | Image – IMG-0543 | " | |
| 2.16 | | | Image – IMG-0544 | " | |
| 2.16A | | | Image – IMG-0544 | " | |
| 2.17 | | | Image – IMG-0545 | " | |
| 2.17A | | | Image – IMG-0545 | " | |
| 2.18 | | | Image – IMG-0546 | " | |
| 2.18A | | | Image – IMG-0546 | " | |
| 2.19 | | | Image – IMG-0547 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 2.19A | | | Image – IMG-0547 | admitted | |
| 2.20 | | | Image – IMG-0548 | " | |
| 2.20A | | | Image – IMG-0548 | " | |
| 2.21 | | | Image – IMG-0551 | " | |
| 2.21A | | | Image – IMG-0551 | " | |
| 2.22 | | | Image – IMG-0552 | " | |
| 2.22A | | | Image – IMG-0552 | " | |
| 2.23 | | | Image – IMG-0553 | " | |
| 2.23A | | | Image – IMG-0553 | " | |
| 3.1 | | | Image – IMG-0554 | " | |
| 3.1A | | | Image – IMG-0554 | " | |
| 3.2 | | | Image – IMG-0555 | " | |
| 3.2A | | | Image – IMG-0555 | " | |
| 3.3 | | | Image – IMG-0556 | " | |
| 3.3A | | | Image – IMG-0556 | " | |
| 3.4 | | | Image – IMG-0557 | " | |
| 3.4A | | | Image – IMG-0557 | " | |
| 3.5 | | | Image – IMG-0558 | " | |
| 3.5A | | | Image – IMG-0558 | " | |
| 3.6 | | | Image – IMG-0559 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 3.16A | | | Image - IMG-0569 | admitted | |
| 3.17 | | | Image - IMG-0570 | " | |
| 3.17A | | | Image - IMG-0570 | " | |
| 3.18 | | | Image - IMG-0571 | " | |
| 3.18A | | | Image - IMG-0571 | " | |
| 3.19 | | | Image - IMG-0572 | " | |
| 3.19A | | | Image - IMG-0572 | " | |
| 3.20 | | | Image - IMG-0573 | " | |
| 3.20A | | | Image - IMG-0573 | " | |
| 3.21 | | | Image - IMG-0574 | " | |
| 3.21A | | | Image - IMG-0574 | " | |
| 3.22 | | | Image - IMG-0575 | " | |
| 3.22A | | | Image - IMG-0575 | " | |
| 3.23 | | | Image - IMG-0576 | " | |
| 3.23A | | | Image - IMG-0576 | " | |
| 3.24 | | | Image - IMG-0577 | " | |
| 3.24A | | | Image - IMG-0577 | " | |
| 3.25 | | | Image - IMG-0578 | " | |
| 3.25A | | | Image - IMG-0578 | " | |
| 3.26 | | | Image - IMG-0579 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 3.26A | | | Image - IMG-0579 | Admitted | |
| 3.27 | | | Image - IMG-0580 | " | |
| 3.27A | | | Image - IMG-0580 | " | |
| 3.28 | | | Image - IMG-0581 | " | |
| 3.28A | | | Image - IMG-0581 | " | |
| 4.1 | | | Image - IMG-0611 | " | |
| 4.1A | | | Image - IMG-0611 | " | |
| 4.2 | | | Image - IMG-0612 | " | |
| 4.2A | | | Image - IMG-0612 | " | |
| 4.3 | | | Image - IMG-0613 | " | |
| 4.3A | | | Image - IMG-0613 | " | |
| 4.4 | | | Image - IMG-0614 | " | |
| 4.4A | | | Image - IMG-0614 | " | |
| 4.5 | | | Image - IMG-0615 | " | |
| 4.5A | | | Image - IMG-0615 | " | |
| 4.6 | | | Image - IMG-0616 | " | |
| 4.6A | | | Image - IMG-0616 | " | |
| 4.7 | | | Image - IMG-0617 | " | |
| 4.7A | | | Image - IMG-0617 | " | |
| 4.8 | | | Image - IMG-0618 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 4.8A | | | Image – IMG-0618 | admitted | |
| 4.9 | | | Image – IMG-0619 | '' | |
| 4.9A | | | Image – IMG-0619 | '' | |
| 4.10 | | | Image – IMG-0620 | '' | |
| 4.10A | | | Image – IMG-0620 | '' | |
| 4.11 | | | Image – IMG-0621 | '' | |
| 4.11A | | | Image – IMG-0621 | '' | |
| 4.12 | | | Image – IMG-0622 | '' | |
| 4.12A | | | Image – IMG-0622 | '' | |
| 4.13 | | | Image – IMG-0623 | '' | |
| 4.13A | | | Image – IMG-0623 | '' | |
| 4.14 | | | Image – IMG-0624 | '' | |
| 4.14A | | | Image – IMG-0624 | '' | |
| 4.15 | | | Image – IMG-0625 | '' | |
| 4.15A | | | Image – IMG-0625 | '' | |
| 4.16 | | | Image – IMG-0626 | '' | |
| 4.16A | | | Image – IMG-0626 | '' | |
| 4.17 | | | Image – IMG-0627 | '' | |
| 4.17A | | | Image – IMG-0627 | '' | |
| 4.18 | | | Image – IMG-0628 | '' | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 4.18A | | | Image – IMG-0628 | admitted | |
| 4.19 | | | Image – IMG-0629 | ʻ) | |
| 4.19A | | | Image – IMG-0629 | ʻʻ | |
| 4.20 | | | Image – IMG-0630 | ʻʻ | |
| 4.20A | | | Image – IMG-0630 | ʻʻ | |
| 4.21 | | | Image – IMG-0631 | ʻʻ | |
| 4.21A | | | Image – IMG-0631 | ʻʻ | |
| 4.22 | | | Image – IMG-0632 | ʻʻ | |
| 4.22A | | | Image – IMG-0632 | ʻʻ | |
| 4.23 | | | Image – IMG-0633 | ʻʻ | |
| 4.23A | | | Image – IMG-0633 | ʻʻ | |
| 5.1 | | | Video | ʻʻ | |
| 5.2 | | | Video | ʻʻ | |
| 5.2A | | | Video still | ʻʻ | |
| 6.1 | | | Video | ʻʻ | |
| 7.1 | | | Image – IMG-0611 | ʻʻ | |
| 7.1A | | | Image – IMG-0611 | ʻʻ | |
| 7.2 | | | Image – IMG-0612 | ʻʻ | |
| 7.2A | | | Image – IMG-0612 | ʻʻ | |
| 7.3 | | | Image – IMG-0613 | ʻʻ | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | |
|---|---|---|---|---|
| 7.3A | | | Image - IMG-0613 | admitted |
| 7.4 | | | Image - IMG-0615 | " |
| 7.4A | | | Image - IMG-0615 | " |
| 7.5 | | | Image - IMG-0616 | " |
| 7.5A | | | Image - IMG-0616 | " |
| 7.6 | | | Image - IMG-0617 | " |
| 7.6A | | | Image - IMG-0617 | " |
| 7.7 | | | Image - IMG-0618 | " |
| 7.7A | | | Image - IMG-0618 | " |
| 7.8 | | | Image - IMG-0619 | " |
| 7.8A | | | Image - IMG-0619 | " |
| 7.9 | | | Image - IMG-0620 | " |
| 7.9A | | | Image - IMG-0620 | " |
| 7.10 | | | Image - IMG-0621 | " |
| 7.10A | | | Image - IMG-0621 | " |
| 7.11 | | | Image - IMG-0622 | " |
| 7.11A | | | Image - IMG-0622 | " |
| 7.12 | | | Image - IMG-0623 | " |
| 7.12A | | | Image - IMG-0623 | " |
| 7.13 | | | Image - IMG-0624 | " |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 7.13A | | | Image – IMG-0624 | admitted | |
| 7.14 | | | Image – IMG-0625 | '' | |
| 7.14A | | | Image – IMG-0625 | '' | |
| 7.15 | | | Image – IMG-0626 | '' | |
| 7.15A | | | Image – IMG-0626 | '' | |
| 7.16 | | | Image – IMG-0627 | '' | |
| 7.16A | | | Image – IMG-0627 | '' | |
| 7.17 | | | Image – IMG-0628 | '' | |
| 7.17A | | | Image – IMG-0628 | '' | |
| 7.18 | | | Image – IMG-0629 | '' | |
| 7.18A | | | Image – IMG-0629 | '' | |
| 7.19 | | | Image – IMG-0630 | '' | |
| 7.19A | | | Image – IMG-0630 | '' | |
| 7.20 | | | Image – IMG-0631 | '' | |
| 7.20A | | | Image – IMG-0631 | '' | |
| 7.21 | | | Image – IMG-0632 | '' | |
| 7.21A | | | Image – IMG-0632 | '' | |
| 7.22 | | | Image – IMG-0633 | '' | |
| 7.22A | | | Image – IMG-0633 | '' | |
| 7.23 | | | Image – IMG-0634 | '' | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 7.23A | | | Image – IMG-0634 | Admitted | |
| 7.24 | | | Image – IMG-0635 | " | |
| 7.24A | | | Image – IMG-0635 | " | |
| 7.25 | | | Image – IMG-0636 | " | |
| 7.25A | | | Image – IMG-0636 | " | |
| 7.26 | | | Image – IMG-0637 | " | |
| 7.26A | | | Image – IMG-0637 | " | |
| 7.27 | | | Image – IMG-0638 | " | |
| 7.27A | | | Image – IMG-0638 | " | |
| 7.28 | | | Image – IMG-0639 | " | |
| 7.28A | | | Image – IMG-0639 | " | |
| 7.29 | | | Image – IMG-0640 | " | |
| 7.29A | | | Image – IMG-0640 | " | |
| 7.30 | | | Image – IMG-0641 | " | |
| 7.30A | | | Image – IMG-0641 | " | |
| 7.31 | | | Image – IMG-0642 | " | |
| 7.31A | | | Image – IMG-0642 | " | |
| 7.32 | | | Image – IMG-0643 | " | |
| 7.32A | | | Image – IMG-0643 | " | |
| 7.33 | | | Image – IMG-0644 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 7.33A | | | Image – IMG-0644 | Admitted | |
| 7.34 | | | Image – IMG-0645 | '' | |
| 7.34A | | | Image – IMG-0645 | '' | |
| 7.35 | | | Image – IMG-0646 | '' | |
| 7.35A | | | Image – IMG-0646 | '' | |
| 7.36 | | | Image – IMG-0647 | '' | |
| 7.36A | | | Image – IMG-0647 | '' | |
| 7.37 | | | Image – IMG-0648 | '' | |
| 7.37A | | | Image – IMG-0648 | '' | |
| 7.38 | | | Image – IMG-0649 | '' | |
| 7.38A | | | Image – IMG-0649 | '' | |
| 7.39 | | | Image – IMG-0650 | '' | |
| 7.39A | | | Image – IMG-0650 | '' | |
| 7.40 | | | Image – IMG-0651 | '' | |
| 7.40A | | | Image – IMG-0651 | '' | |
| 7.41 | | | Image – IMG-0652 | '' | |
| 7.41A | | | Image – IMG-0652 | '' | |
| 7.42 | | | Image – IMG-0654 | '' | |
| 7.42A | | | Image – IMG-0654 | '' | |
| 7.43 | | | Image – IMG-0655 | '' | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 7.43A | | | Image – IMG-0655 | admitted | |
| 7.44 | | | Image – IMG-0695 | '' | |
| 7.44A | | | Image – IMG-0695 | '' | |
| 8.1 | | | Image – IMG-388 | '' | |
| 8.1A | | | Image – IMG-388 | '' | |
| 8.2 | | | Image – IMG-391 | '' | |
| 8.2A | | | Image – IMG-391 | '' | |
| 8.3 | | | Image – IMG-393 | '' | |
| 8.3A | | | Image – IMG-393 | '' | |
| 8.4 | | | Image – IMG-394 | '' | |
| 8.4A | | | Image – IMG-394 | '' | |
| 8.5 | | | Image – IMG-395 | '' | |
| 8.5A | | | Image – IMG-395 | '' | |
| 8.6 | | | Image – IMG-396 | '' | |
| 8.6A | | | Image – IMG-396 | '' | |
| 8.7 | | | Image – IMG-402 | '' | |
| 8.7A | | | Image – IMG-402 | '' | |
| 8.8 | | | Image – IMG-403 | '' | |
| 8.8A | | | Image – IMG-403 | '' | |
| 8.9 | | | Image – IMG-404 | '' | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 8.9A | | | Image – IMG-404 | admitted | |
| 8.10 | | | Image – IMG-405 | " | |
| 8.10A | | | Image – IMG-405 | " | |
| 8.11 | | | Image – IMG-406 | " | |
| 8.11A | | | Image – IMG-406 | " | |
| 8.12 | | | Image – IMG-407 | " | |
| 8.12A | | | Image – IMG-407 | " | |
| 8.13 | | | Image – IMG-408 | " | |
| 8.13A | | | Image – IMG-408 | " | |
| 8.14 | | | Image – IMG-409 | " | |
| 8.14A | | | Image – IMG-409 | " | |
| 8.15 | | | Image – IMG-410 | " | |
| 8.15A | | | Image – IMG-410 | " | |
| 8.16 | | | Image – IMG-411 | " | |
| 8.16A | | | Image – IMG-411 | " | |
| 8.17 | | | Image – IMG-415 | " | |
| 8.17A | | | Image – IMG-415 | " | |
| 8.18 | | | Image – IMG-416 | " | |
| 8.18A | | | Image – IMG-416 | " | |
| 8.19 | | | Image – IMG-417 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 8.19A | | | Image - IMG-417 | admitted | |
| 8.20 | | | Image - IMG-418 | '' | |
| 8.20A | | | Image - IMG-418 | '' | |
| 8.21 | | | Image - IMG-420 | '' | |
| 8.21A | | | Image - IMG-420 | '' | |
| 8.22 | | | Image - IMG-421 | '' | |
| 8.22A | | | Image - IMG-421 | '' | |
| 8.23 | | | Image - IMG-422 | '' | |
| 8.23A | | | Image - IMG-422 | '' | |
| 8.24 | | | Image - IMG-423 | '' | |
| 8.24A | | | Image - IMG-423 | '' | |
| 8.25 | | | Image - IMG-424 | '' | |
| 8.25A | | | Image - IMG-424 | '' | |
| 8.26 | | | Image - IMG-425 | '' | |
| 8.26A | | | Image - IMG-425 | '' | |
| 8.27 | | | Image - IMG-426 | '' | |
| 8.27A | | | Image - IMG-426 | '' | |
| 8.28 | | | Image - IMG-427 | '' | |
| 8.28A | | | Image - IMG-427 | '' | |
| 8.29 | | | Image - IMG-428 | '' | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 8.29A | | | Image – IMG-428 | admitted | |
| 8.30 | | | Image – IMG-429 | " | |
| 8.30A | | | Image – IMG-429 | " | |
| 8.31 | | | Image – IMG-430 | " | |
| 8.31A | | | Image – IMG-430 | " | |
| 8.32 | | | Image – IMG-480 | " | |
| 8.32A | | | Image – IMG-480 | " | |
| 8.33 | | | Image – IMG-493 | " | |
| 8.33A | | | Image – IMG-493 | " | |
| 8.34 | | | Image – IMG-494 | " | |
| 8.34A | | | Image – IMG-494 | " | |
| 8.35 | | | Image – IMG-496 | " | |
| 8.35A | | | Image – IMG-496 | " | |
| 8.36 | | | Image – IMG-497 | " | |
| 8.36A | | | Image – IMG-497 | " | |
| 8.37 | | | Image – IMG-498 | " | |
| 8.37A | | | Image – IMG-498 | " | |
| 8.38 | | | Image – IMG-500 | " | |
| 8.38A | | | Image – IMG-500 | " | |
| 8.39 | | | Image – IMG-501 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 8.39A | | | Image – IMG-501 | admitted | |
| 8.40 | | | Image – IMG-502 | " | |
| 8.40A | | | Image – IMG-502 | " | |
| 8.41 | | | Image – IMG-503 | " | |
| 8.41A | | | Image – IMG-503 | " | |
| 8.42 | | | Image – IMG-504 | " | |
| 8.42A | | | Image – IMG-504 | " | |
| 8.43 | | | Image – IMG-505 | " | |
| 8.43A | | | Image – IMG-505 | " | |
| 8.44 | | | Image – IMG-506 | " | |
| 8.44A | | | Image – IMG-506 | " | |
| 8.45 | | | Image – IMG-507 | " | |
| 8.45A | | | Image – IMG-507 | " | |
| 8.46 | | | Image – IMG-510 | " | |
| 8.46A | | | Image – IMG-510 | " | |
| 8.47 | | | Image – IMG-511 | " | |
| 8.47A | | | Image – IMG-511 | " | |
| 8.48 | | | Image – IMG-512 | " | |
| 8.48A | | | Image – IMG-512 | " | |
| 8.49 | | | Image – IMG-513 | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 8.49A | | | Image – IMG-513 | admitted | |
| 8.50 | | | Image – IMG-514 | ,, | |
| 8.50A | | | Image – IMG-514 | ,, | |
| 8.51 | | | Image – IMG-515 | ,, | |
| 8.51A | | | Image – IMG-515 | ,, | |
| 8.52 | | | Image – IMG-516 | ,, | |
| 8.52A | | | Image – IMG-516 | ,, | |
| 8.53 | | | Image – IMG-517 | ,, | |
| 8.53A | | | Image – IMG-517 | ,, | |
| 8.54 | | | Image – IMG-518 | ,, | |
| 8.54A | | | Image – IMG-518 | ,, | |
| 8.55 | | | Image – IMG-519 | ,, | |
| 8.55A | | | Image – IMG-519 | ,, | |
| 8.56 | | | Image – IMG-520 | ,, | |
| 8.56A | | | Image – IMG-520 | ,, | |
| 8.57 | | | Image – IMG-521 | ,, | |
| 8.57A | | | Image – IMG-521 | ,, | |
| 8.58 | | | Image – IMG-522 | ,, | |
| 8.58A | | | Image – IMG-522 | ,, | |
| 8.59 | | | Image – IMG-523 | ,, | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 8.59A | | | Image - IMG-523 | admitted | |
| 8.60 | | | Image - IMG-524 | " | |
| 8.60A | | | Image - IMG-524 | " | |
| 8.61 | | | Image - IMG-525 | " | |
| 8.61A | | | Image - IMG-525 | " | |
| 8.62 | | | Image - IMG-526 | " | |
| 8.62A | | | Image - IMG-526 | " | |
| 8.63 | | | Image - IMG-527 | " | |
| 8.63A | | | Image - IMG-527 | " | |
| 8.64 | | | Image - IMG-528 | " | |
| 8.64A | | | Image - IMG-528 | " | |
| 8.65 | | | Image - IMG-656 | " | |
| 8.65A | | | Image - IMG-656 | " | |
| 8.66 | | | Image - IMG-4801 | " | |
| 8.66A | | | Image - IMG-4801 | " | |
| 9.1 | | | Image - search photo - front of Warner residence | admitted | |
| 9.2 | | | Image - search photo - hall entrance | " | |
| 9.3 | | | Image - search photo - dining room area | " | |
| 9.4 | | | Image - search photo - living room area | " | |
| 9.5 | | | Image - search photo - living room area | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | *admitted* | |
|---|---|---|---|---|---|
| 9.6 | | | Image - search photo - living room | " | |
| 9.7 | | | Image - search photo - stairway to upstairs | " | |
| 9.8 | | | Image - search photo - daughter bedroom/bed | " | |
| 9.9 | | | Image - search photo - daughter bathroom | " | |
| 9.10 | | | Image - search photo - master bedroom | " | |
| 9.11 | | | Image - search photo - master bedroom | " | |
| 9.12 | | | Image - search photo - master bedroom/bed | " | |
| 9.13 | | | Image - search photo - master bedroom/bed | " | |
| 9.14 | | | Image - search photo - master bedroom/bed | " | |
| 9.15 | | | Image - search photo - master bedroom | " | |
| 9.16 | | | Image - search photo - master bedroom | " | |
| 9.17 | | | Image - search photo - master bedroom/quilt | " | |
| 9.18 | | | Image - search photo - under stairway closet | " | |
| 9.19 | | | Image - search photo - Steeler outfit | " | |
| 9.20 | | | Image - search photo - living room couch | " | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 9.21 | | | Image – search photo – living room ceiling fan | – admitted | |
| 9.22 | | | Image – search photo – bedroom computer | '' | |
| 9.23 | | | Image – search photo – bathroom/shower curtain | '' | |
| 9.24 | | | Image – search photo – living room during search | '' | |
| | | | | | |
| | | | | | |
| 12.1 | | | Image – Canon Camera | admitted | |
| 12.2 | | | Image – Canon Camera | '' | |
| 12.3 | | | Image – Canon Camera | '' | |
| 13.1 | | | Image – SD Card 4 gb – front | '' | |
| 13.2 | | | Image – SD Card 4 gb – back | '' | |
| 13.3 | | | Image – SD Card 4 gb "Made In China" | '' | |
| 14.1 | | | Image – SD Card 8 gb – front | '' | |
| 14.2 | | | Image – SD Card 8 gb – back | '' | |
| 14.3 | | | Image – SD Card 8 gb "Made In China" | '' | |
| 15.1 | | | Image – Computer Box | '' | |
| 15.2 | | | Image – Computer Box – side "Made in China" | '' | |

| Government's Exhibit No. | Defendant's Exhibit No. | Date | Description | | |
|---|---|---|---|---|---|
| 16.1 | | | Image – User Manual – Acer Laptop Computer | *admitted* | |
| 17.1 | | | Image – Acer Computer in Manual | '' | |
| 18.1 | | | Image – Cheerleader Uniform | '' | |
| 19.1 | | | Image – Telephone Bill | '' | |
| 20.1 | | | Image – Disc 1 obtained from Armando Cruz | '' | |
| 21.1 | | | Image – Disc 2 obtained from Armando Cruz | '' | |
| 22 | | | Certificate of Authenticity – Acer America Corporation | '' | |
| 23 | | | Image – Driver's License – Earl David Warner | '' | |
| 24 | | | Certificate of Authenticity – Canon USA, Inc. | '' | |
| 25 | | | Calendar | '' | |
| 26 | | | Certificate of Authenticity – SanDisk Corp. | '' | |