IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EARL D. WARNER,

        Defendant.

Criminal No. 12-0107
ELECTRONICALLY FILED

**VERDICT FORM**

We, the jury in the above-captioned case, have unanimously made the following findings:

1. As to Count One (Production of Child Pornography involving child victim M.C.), the Jury finds defendant Earl. D. Warner:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

2. As to Count Two (Production of Child Pornography involving child victim F.W.), the Jury finds defendant Earl D. Warner:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

3. As to Count Three (Production of Child Pornography involving child victim F.W.), the Jury finds defendant Earl D. Warner:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

1

4. As to Count Four (Production of Child Pornography involving child victim H.E.), the Jury finds defendant Earl D. Warner:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

5. As to Count Five (Production of Child Pornography involving child victim F.W.), the Jury finds defendant Earl D. Warner:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

6. As to Count Six (Production of Child Pornography involving child victim F.W.), the Jury finds defendant Earl D. Warner:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

7. As to Count Seven (Possession of Child Pornography), the Jury finds defendant Earl D. Warner:

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

SO SAID BY ALL THIS 24 day of JANUARY, 2014.

JURY FOREPERSON: Tim Phelps

JURORS:

_[signature]_  _Kristen [signature]_

_[signature]_  _Linda B. Jones_

_[signature]_  _Chris [signature]_

_[signature]_  _Anne [signature]_

_[signature]_  _[signature]_

_[signature]_  _David S. Meacham_