# CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Criminal Number | Cr. 12-107 | Case closed | 1/23/14 | 20___ |
| Caption | U.S.A. v. Earl D. Warner | Judge Charges Jury | 1/24/14 | 20___ |
| Before Judge | ARTHUR J. SCHWAB | Jury Retires | 1/24/14 | 20___ |
| Appears for U.S.A. | Carolyn Bloch, AUSA | Verdict | 1/24/14 | 20___ |
| Appears for Deft. | David Chontos, Esq. | The Jury finds the Defendant Guilty on all Counts. (1-7) | | |
| U.S.A. opens | January 21, 2014   20___ | Bailiff in Charge/Law Clerk | LMT | |
| U.S.A. rest | January 22, 2014   20___ | Court Reporter | Richard Ford | |
| U.S.A. close | January 23, 2014   20___ | Deputy Clerk | LCK | |
| Deft. opens | January 21, 2014   20___ | | | |
| Deft. rest | January 23, 2014   20___ | | | |
| Deft. close | January 23, 2014   20___ | | | |

## JURORS

| | | |
|---|---|---|
| 1 | Timothy Phelps #1 |
| 2 | David Mecham #81 |
| 3 | Jerome Williams, Sr. #38 |
| 4 | Andrew Berger #50 |
| 5 | Linda Torres #2 |
| 6 | James Dougherty, Jr. #29 |
| 7 | Scott A. Toward #78 |
| 8 | Steven Hritz #69 |
| 9 | Christopher P. Zanoli #26 |
| 10 | Michael Warren #51 |
| 11 | Kristen A. Hunt #33 |
| 12 | Christopher William Sekeres #15 |
| Alt 1 | Lori Dembowski # 42 |
| Alt 2 | Richard Baznik #16 |

## TRIAL MEMORANDUM

### Dates of Trial

| | | |
|---|---|---|
| Trial Opens | 01/21/14 | 20___ |
| Continues | 01/22/14 | 20 |
| Continues | 01/23/14 | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial Closed | 1/23/14 | 20___ |
| Verdict | 1/24/14 | 20___ |

Motions made during trial -

The Defendant makes four Rule 29 Motions:

1. As to Counts 1-7 regarding Interstate Commerce
2. As to Counts 1-6 regarding Commerce Clause
3. As to Count 4
4. As to Count 7 – pertaining to the videos

The Court Denied all Rule 29 motions by Defendant.