USA v. Earl D. Warner          Criminal No. 12-107
6 strikes government; 10 strikes defendant; plus 1 each for alternate

## STRIKE PROCESS

Seats 1 - 8

1. Timothy Phelps #1

2. David G. Mecham #81

A-1 — 3. Julie A. Rodemoyer #31

4. Jerome A. Williams, Sr #38

A-2 — 5. Michelle Manning #21

D-10    6. Regina M. Lowry #37

G-6    7. ~~Ronald R. Karcher #70~~

8. Andrew Berger #50

G-2    9. ~~Harriet L. Brysh #12~~

10. Linda Torres #2

~~11. James Dougherty #20~~

~~10. Linda Torres~~

A-5    11. Erin Wright #71

12. James H. Dougherty Jr #29

13. Sarah Ann Cullen #80    —A-4

14. Scott A. Toward #78

15. Elizabeth Olasin #53    —A-6

16. ~~Mary E. Cameron #84~~   G-1

17. Steven Hritz #69

18. ~~Terrell Taylor #231~~   G-3

19. ~~John Province Shaffer Jr #14~~   G-5

20. ~~Gregory D. Litzenberger #65~~   G-4

21. Jamie Chapel #63   —A-7

22. Kristi Marie Aschley #19   —A-9

23. Christopher P. Zanoli #23    23

24. Christina M. Cioppa #3   A-8

25. Michael J. Warren #51

26. Kristen A. Hunt #33

27. Christopher William Sekeres #15

28. Sandra Walfish #40   —A-3

29. Lori Dedmbowsi #42

USA v. Earl D. Warner          Criminal No. 12-107
6 strikes government; 10 strikes defendant; plus 1 each for alternate

30. ~~Reid Loper #8~~  G-A
31. Julie Pitts #44  — D1-A
32. Richard Baznik #16