IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 12-107 |
| EARL D. WARNER | |

<u>APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Earl D. Warner, PI-13139, Year of Birth: 1958, Caucasian, Male.

2. Detained by: Mercer County Jail, 55 Thompson Road, Mercer, Pennsylvania 16137.

3. Detainee is charged in this district by Superseding Indictment, charging detainee with violating Title 18, United States Code, Sections 2251(a) and (e) and 2252(a)(4)(B).

4. Detainee is presently confined in the Mercer County Jail, Mercer, Pennsylvania, awaiting disposition of state charges.

5. The above case is set for sentencing at Pittsburgh, Pennsylvania on May 30, 2014, at 9:30 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Mercer County Jail, Mercer, Pennsylvania has no objection to the granting of this petition.

                s/ Carolyn J. Bloch
                CAROLYN J. BLOCH
                Assistant U.S. Attorney
                PA ID No. 53430

<u>ORDER</u>

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____       _____
DATE                     UNITED STATES DISTRICT JUDGE

cc: United States Attorney