IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EARL WARNER,

    Defendant.

Criminal No. 12-107
ELECTRONICALLY FILED

| Hearing Held: Sentence<br>Date of Hearing:  5/30/14 @ 9:30 AM<br>Before Judge Arthur J. Schwab ||
|---|---|
| AUSA | Carolyn Bloch |
| Defense Counsel | David Chontos |
| Probation Officer | Vonita Baldt |
| Court Reporter | Richard Ford |
| Law Clerk/Deputy Clerk | LMT/LCK |
| Start time | 9:37 AM |
| End time | 11:37 AM |

DEFENDANT PRESENT

**NOTED:**
    The defendant is sentenced to incarceration of 360 months at counts 1s through 6s, to run concurrently; and 120 months at count 7s, to run consecutively for a total of 480 months imprisonment, and a life time term of supervised release at Counts 1s-7s, to run concurrently.  A mandatory $700.00 special assessment is imposed, a fine is waived for inability to pay.