20-288

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| v. | ) | |
| EARL D. WARNER | ) | Case Number: 12-107 |
| | ) | USM Number: 33556068 |
| | ) | David B. Chontos |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☒ was found guilty on count(s) 1s through 7s after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 U.S.C. 2251(a) and (e) | Production of material depicting the sexual exploitation of a minor | 6/4/2011 | 1s |
| 18 U.S.C. 2251(a) and (e) | Production of material depicting the sexual exploitation of a minor | 6/8/2011 | 2s |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 1-4       ☐ is  ☒ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/30/2014
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Arthur J. Schwab, United States District Judge
Name and Title of Judge

5/30/2014
Date

Exhibit 1

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1A

Judgment—Page  2  of  8

DEFENDANT: Warner
CASE NUMBER: Cr 12-107

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2251(a) and (e) | Production of material depicting the sexual exploitation of a minor | 6/12/2011 | 3s |
| 18 USC 2251(a) and (e) | Production of material depicting the sexual exploitation of a minor | 6/13/2011 | 4s |
| 18 USC 2251(a) and (e) | Production of material depicting the sexual exploitation of a minor | 7/13/2011 | 5s |
| 18 USC 2251(a) and (e) | Production of material depicting the sexual exploitation of a minor | 7/23/2011 | 6s |
| 18 USC 2252(a)(4)(B) | Possession of material depicting the sexual exploitation of a minor | 4/9/2012 | 7s |

Exhibit 1-A